AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 7-6-07

Name of SERVER: Susan Pope

TITLE: Legal Assistant

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail to: Liberty Life Assurance Co.
175 Berkeley St., Mail Stop 10-B
Boston, MA 02116

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-6-07
                    Date

Signature of Server: Susan Pope

Address of Server: 1516 Oak St., Suite 109
Alameda, CA 94501

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Jane Pence

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.   E-filing       C07-03451 MJJ

Liberty Life Assurance Company of Boston

ADR

TO: (Name and address of defendant)

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, 175 BERKELEY STREET, MAIL STOP 10-B, BOSTON, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laurence F. Padway, Esq.
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501

Gregory A. Silva, Esq.
Stonehouse & Silva
512 Westline Drive, Suite 300
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE JUL - 2 2007

Pence

Law Offices Of
**Laurence F. Padway**
1516 Oak Street #109
Alameda, CA 94501





Liberty Life Assurance Company of Boston
175 Berkeley Street, Mail Stop 10-B
Boston, MA 02116