1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  JOANN U. BABIAK (SBN 209535)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, Suite 300
   Redwood City, CA 94063
4  Telephone:   (650) 364-8200
   Facsimile:   (650) 780-1701
5  E-mail:  pcogan@ropers.com; kcurry@ropers.com
              jbabiak@ropers.com
6
   Attorneys for Defendant
7  LIBERTY LIFE ASSURANCE COMPANY OF
   BOSTON
8
                 UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11  JANE PENCE,                          CASE NO.  C07-03451 MJJ

12              Plaintiff,               STIPULATION TO EXTEND LIBERTY
                                         LIFE ASSURANCE COMPANY OF
13  v.                                   BOSTON'S TIME TO RESPOND TO
                                         PLAINTIFF'S COMPLAINT
14  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON,
15
                Defendant.
16

17

18      WHEREAS, plaintiff JANE PENCE filed this action against defendant LIBERTY LIFE

19  ASSURANCE COMPANY OF BOSTON ("Liberty") on July 2, 2007; and

20      WHEREAS, Liberty was served with the Summons and Complaint on July 10, 2007,

21      IT IS HEREBY STIPULATED between the parties, by and through their respective

22  counsel, that defendant Liberty's time to respond to plaintiff's complaint shall be extended up to

23  and including August 6, 2007.

24      IT IS SO STIPULATED.

25  ////

26  ////

27  ////

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    Dated: July 24, 2007                 LAW OFFICES OF LAURENCE F. PADWAY

2

3                                         By: _____
                                              LAURENCE F. PADWAY
4

5    Dated: July 24, 2007                 ROPERS, MAJESKI, KOHN & BENTLEY

6

7                                         By: _____
                                              PAMELA E. COGAN
8                                             KATHRYN C. CURRY
                                              JOANN U. BABIAK
9                                             Attorneys for Defendant
                                              LIBERTY LIFE ASSURANCE COMPANY
10                                            OF BOSTON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RC1/5000690.1/FW2                         STIPULATION TO EXTEND LIBERTY'S TIME
                                          TO RESPOND TO COMPLAINT C07-03451 MJJ

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City