PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
JOANN U. BABIAK (SBN 209535)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
E-mail: pcogan@ropers.com; kcurry@ropers.com
jbabiak@ropers.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE PENCE,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO. C07-03451 MJJ<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON (hereinafter "defendant") certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| JANE PENCE | Plaintiff, Claimant |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | Defendant, Insurer of the Group Disability Insurance Plan for University of California |

1 | Dated: August _6_, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/

PAMELA E. COGAN
KATHRYN C. CURRY
JOANN U. BABIAK
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON