PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
JOANN U. BABIAK (SBN 209535)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
E-mail: pcogan@ropers.com; kcurry@ropers.com
        jbabiak@ropers.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE PENCE,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | CASE NO. C07-03451 MJJ<br><br>STIPULATION TO EXTEND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

WHEREAS, plaintiff JANE PENCE filed this action against defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty") on July 2, 2007; and

WHEREAS, Liberty was served with the Summons and Complaint on July 10, 2007,

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that defendant Liberty's time to respond to plaintiff's complaint shall be extended up to and including August 6, 2007.

IT IS SO STIPULATED.

////

////

////

| | | |
|---|---|---|
| 1 | Dated: July 24, 2007 | LAW OFFICES OF LAURENCE F. PADWAY |
| 2 | | |
| 3 | | By: _____ |
| | | LAURENCE F. PADWAY |
| 4 | | |
| 5 | Dated: July 24, 2007 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 6 | | |
| 7 | | By: _____ |
| | | PAMELA E. COGAN |
| 8 | | KATHRYN C. CURRY |
| | | JOANN U. BABIAK |
| 9 | | Attorneys for Defendant |
| | | LIBERTY LIFE ASSURANCE COMPANY |
| 10 | | OF BOSTON |

IT IS SO ORDERED

Judge Martin J. Jenkins

7/27/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA