1  Laurence F. Padway, SBN #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510)814-0680
   Facsimile :  (510)814-0650
4
   Gregory A. Silva, SBN#67543
5  Stonehouse & Silva
   512 Westline Drive, Suite 300
6  Alameda, California 94501

7  Tel: (510) 865-7350
   Fax: (510) 865-5754
8
   Attorneys for plaintiff
9
   Pamela Cogan, SBN#:105089
10 Kathryn C. Curry, SBN#:157099
   Joann Babiak, SBN#:209535
11 Ropers, Majeski, Kohn & Bentley
   1001 Marshall Street
12 Redwood City, CA 94063
   Tel: (650) 364-8200
13 Fax: (650) 780-1701

14

15

16                 UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18
   JANE PENCE,                              No. C07-03451 MJJ
19
                                            STIPULATION AND ~~(PROPOSED)~~
20          Plaintiff,                      ORDER CONTINUING CASE
        vs.                                 MANAGEMENT CONFERENCE
21
   LIBERTY LIFE ASSURANCE
22 COMPANY OF BOSTON,

23          Defendant.
   _____/
24

25          Whereas, the court scheduled the initial case management conference in the above

26 matter for November 27, 2007 at 2:00 p.m., and

27

28

   Stipulation and (Proposed) Order                                    C07-03451 MJJ
   Continuing Case Management Conference            1

1    Whereas, counsel for plaintiff will be out of state on a pre-paid vacation from

2  November 21-27, 2007, and

3

4    Now therefore the parties request the court continue the case management conference

5  to December 11, 2007.

6

7

8    Dated: November 19, 2007    /s/ _____
                                        Laurence F. Padway
                                        Attorneys for Plaintiff

9

10    Dated: November 19, 2007    /s/ _____
                                         Joann Babiak
11                                       Attorneys for Defendant

12

13

14

15        ORDER CONTINUING CASE MANAGEMENT CONFERENCE

     Good cause appearing, the case management conference is continued from November
16
   27, 2007, to ____12/11/07____ at ___two___ o'clock a.m. p.m.
17
   A statement from the parties is due seven (7) days prior to the conference.

18

19                                        _____
                                          Hon. Martin J. Jenkins
                                          United States District Judge
20

21

22

23

24

25

26

27

28