UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** MARTIN J. JENKINS

**Date**: December 11, 2007

**Case No:** C 07-03451 MJJ

**Case Title**: JANE PENCE v. LIBERTY LIFE ASSURANCE CO. OF BOSTON

**Appearances:**

    For Plaintiff(s): Gayle Codiga

    For Defendant(s): Pamela Cogan

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## PROCEEDINGS

1. Case Management Conference - held

## SUMMARY

- Trial date and schedule set. Jury Trial set for 11/03/08; PTC set for 10/28/08.
- This matter is referred to Mag. Judge Chen for settlement to be held in October 2008.
- This matter is referred to mediation to be held by February 2008.


Cc: ADR; LD; BF; WH