# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pence,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Liberty Life Assurance Company of Boston,<br><br>　　　　　　Defendant(s). | 07-03451 MJJ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

　　　　　**Bruce H. Winkelman**
　　　　　Craig & Winkelman
　　　　　2001 Addison Street, Suite 300
　　　　　Berkeley, CA 94704
　　　　　510-549-3311

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**United States District Court**
**Northern District of California**

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: December 20, 2007

                                                  RICHARD W. WIEKING
                                                Clerk
                                                by:     Claudia M. Forehand



                                                ADR Case Administrator
                                                415-522-2059
                                                Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**