United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| Pence, | No. C 07-03451 MJJ MED |
|---|---|
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Liberty Life Assurance Company of | |
| Boston, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.   I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE
     session on (date) _2/22/08_____

2.   Did the case settle?          ☒ fully        ☐ partially      ☐ no

3.   If the case did not settle fully, is any follow-up contemplated?

     ☐ another session scheduled for (date) _____

     ☐ phone discussions expected by (date) _____

     ☐ no

**4.   IS THIS ADR PROCESS COMPLETED?        ☒ YES        ☐ NO**

Dated: ____2/22/08_____          _____
                                        **Mediator, Bruce H. Winkelman**
                                        Craig & Winkelman
                                        2001 Addison Street, Suite 300
                                        Berkeley, CA 94704

**Certification of ADR Session**
07-03451 MJJ MED