1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  JOANN BABIAK (SBN 209535)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, Suite 300
   Redwood City, CA 94063
4  Telephone: (650) 364-8200
   Facsimile: (650) 780-1701
5
   Attorneys for Defendant
6  LIBERTY LIFE ASSURANCE COMPANY OF
   BOSTON
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION

11 JANE PENCE,                   CASE NO. C-07-03451
12         Plaintiff,            NOTICE OF SETTLEMENT
13 v.
14 LIBERTY LIFE ASSURANCE
15 COMPANY OF BOSTON,
16         Defendant.

17 **TO THE COURT AND THE PARTIES OF RECORD:**

18 **PLEASE TAKE NOTICE** the above-captioned matter has been settled. The parties
19 expect that the settlement documents will be completed within the next thirty (30) days and a
20 Stipulation and Proposed Order to Dismiss will by filed with the Court by March 24, 2008..
21    The Court is thereby respectfully requested to vacate all court dates.
22 Dated: February 28 , 2008               LAW OFFICES of LAURENCE F. PADWAY
23
24                                         By: /s/ Laurence F. Padway
25                                         Laurence F. Padway
                                           Attorneys for Plaintiff
26                                         JANE PENCE
27
28

RC1/5077337.1/JUB          - 1 -    NOTICE OF SETTLEMENT –
                                    CASE NO. C-07-03451 MHP

| | | |
|---|---|---|
| 1 | Dated: February 27, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: /s/ Kathryn C. Curry |
| 4 | | PAMELA E. COGAN |
| | | KATHRYN C. CURRY |
| 5 | | JOANN BABIAK |
| | | Attorneys for Defendant |
| 6 | | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

RC1/5077337.1/JUB

- 2 -

NOTICE OF SETTLEMENT –
CASE NO. C-07-0341 MHP

TOTAL P.03