1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  JOANN BABIAK (SBN 209535)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, CA 94063
4  Telephone:    (650) 364-8200
   Facsimile:    (650) 780-1701
5  pcogan@ropers.com; kcurry@ropers.com
   jbabiak@ropers.com
6
7  Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
8  BOSTON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE PENCE,<br><br>         Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br><br>         Defendant. | CASE NO. C 07 03451 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

//

//

IT IS HEREBY STIPULATED by and between Plaintiff JANE PENCE and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective counsel of record herein, that the above-captioned matter be dismissed with prejudice as to all Defendants. Each party shall bear its own fees and costs.

Dated: March 5, 2008

STONEHOUSE & SILVA

By: _____
GREGORY A. SILVA
Attorneys for Plaintiff
JANE PENCE

Dated: March 8, 2008

LAW OFFICES of LAURENCE F. PADWAY

By: _____
LAURENCE F. PADWAY
Attorneys for Plaintiff
JANE PENCE

Dated: March 17, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
JOANN BABIAK
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: March __, 2008

By: _____
Honorable Phylllis H. Hamilton
UNITED STATES DISTRICT COURT

RC1/5075478.1/JUB

- 2 -

STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. C 07 03451PJH