PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
JOANN BABIAK (SBN 209535)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@ropers.com; kcurry@ropers.com
jbabiak@ropers.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JANE PENCE,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Defendant.

CASE NO. C 07 03451 PJH

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**

//

//

IT IS HEREBY STIPULATED by and between Plaintiff JANE PENCE and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON through their respective counsel of record herein, that the above-captioned matter be dismissed with prejudice as to all Defendants. Each party shall bear its own fees and costs.

Dated: March 5, 2008

STONEHOUSE & SILVA

By: _____
GREGORY A. SILVA
Attorneys for Plaintiff
JANE PENCE

Dated: March 8, 2008

LAW OFFICES of LAURENCE F. PADWAY

By: _____
LAURENCE F. PADWAY
Attorneys for Plaintiff
JANE PENCE

Dated: March 17, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
JOANN BABIAK
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: March 18, 2008

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

RC1/5075478.1/JUB

STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. C 07 03451 PJH